630

Supreme Court of New York denied. *Mr. Anthony V. Lynch, Jr.* for petitioners. *Mr. John W. Drye, Jr.* for respondents.

No. 290. HUMBOLDT LOVELOCK IRRIGATION, L. & P. Co. *v.* UNITED STATES ET AL. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Clarence M. Hawkins* for petitioner. *Solicitor General Jackson, Assistant Attorney General McFarland,* and *Mr. Oscar A. Provost* for the respondents.

No. 292. JACOB RUPPERT *v.* UNITED STATES. October 10, 1938. Petition for writ of certiorari to the Court of Claims denied. *Mr. Howe P. Cochran* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Mr. Sewall Key* for the United States.

No. 293. SHELTON ET AL. *v.* ALLEN. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. George L. Shelton, pro se. Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key, J. Louis Monarch, Thomas G. Carney,* and *Warner W. Gardner* for respondent.

No. 296. IN THE MATTER OF MORRIS PIERCE PALEY. October 10, 1938. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Harold H. Corbin* for petitioner. *Mr. Felix C. Benvenga* in opposition.